IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CR370 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **HUGH BIGFIRE,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of defendant Hugh Bigfire (Bigfire) to continue the defendant's discovery deadline (Filing No. 24). Previously, the court granted Bigfire's motion to extend the deadline for filing pretrial motions to February 28, 2011, and excluded the time under the Speedy Trial Act (Filing No. 23). The present motion does not affect the February 28, 2011, motion deadline. The motion (Filing No. 24) will be granted and Bigfire shall have to February 14, 2011, in which to complete his discovery obligations previously ordered.

**IT IS SO ORDERED.**

DATED this 12th day of January, 2011.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge