IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:10CR370 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER RELEASING** |
| | ) | **DEFENDANT FROM CUSTODY** |
| HUGH BIGFIRE, | ) | |
| Defendant. | ) | |

The Defendant, Hugh Bigfire, has moved orally for his release from U.S. Marshal's custody and/or the withdrawal of a U.S. Marshal's detainer that the Court ordered lodged upon him on December 18, 2015. The Court understands that a bed has become available for the Defendant at the Nebraska Urban Indian Health Coalition (Intertribal) in Omaha, Nebraska, effective January 12, 2016.

IT IS ORDERED: that on January 12, 2016, the Defendant shall be released from the U.S. Marshal's custody and that all detainers currently lodged by the U.S. Marshal upon the Defendant shall be lifted. The Defendant shall reside in and comply with all of the rules and regulations of the Nebraska Urban Indian Health Coalition (Intertribal) in Omaha, NE. The Defendant remains subject to all of the existing conditions of his supervised release. If the Defendant leaves or attempts to leave Nebraska Urban Indian Health Coalition (Intertribal) before completion of the program, the Court shall be notified and a warrant will issue.

DATED this 7th day of January, 2016.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge